BOUND BROOK CRUSHED STONE COMPANY, APPELLANT, v. WILSON & ENGLISH CONSTRUCTION COMPANY ET AL., RESPONDENTS.

Argued October 19, 1927—Decided February 6, 1928.

For the appellant, *Harrison & Roche.*

For the respondents, *Hobart & Minard.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Minturn, Kalisch, Black, Katzenbach, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.

*For reversal*—None.